**RECOMMENDATION TERMINATING
SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  )<br>)<br>vs.  )<br>)<br>**Michael William GARCIA**  )<br>) | **Docket Number: 2:00CR00444-04** |

**LEGAL HISTORY:**

On February 14, 2002, the above-named was sentenced to 60 months custody in the Bureau of Prisons to be followed by a term of Supervised Release for a period of 48 months, which commenced on February 4, 2005. Special conditions included: Warrantless search and seizure; Drug/alcohol treatment, testing, and co-payment; Mental health treatment; Drug offender registration; and Non-association with gang members.

**SUMMARY OF COMPLIANCE:**

Mr. Garcia has complied with all conditions and special conditions of Supervised Release, and has not been involved in any further criminal activities. It is the opinion of the probation officer that Mr. Garcia has derived maximum benefit from supervision and is not in need of continued supervision.

**RE:**   Michael William GARCIA
   Docket Number:   2:00CR00444-04
   **RECOMMENDATION TERMINATING**
   **SUPERVISED RELEASE PRIOR TO EXPIRATION DATE**

**RECOMMENDATION:**

It is, therefore, respectfully recommended that Supervised Release in this case be terminated early.

Respectfully submitted,

/s/ Richard W. Elkins
**RICHARD W. ELKINS**
**Senior United States Probation Officer**

Dated:   February 28, 2008
   Elk Grove, California
   RWE/cj

**REVIEWED BY:**   /s/ Deborah A. Spencer
   **DEBORAH A. SPENCER**
   **Supervising United States Probation Officer**

cc:   AUSA - Richard J. Bender (Pursuant to Rule 32, notice of proposed relief to the supervisee is being provided.  If no objection is received from you within 14 days, the probation officer's Recommendation and Prob35-Order Terminating Supervised Release Prior to Expiration Date, will be submitted to the Court for approval.)

PROB 35

**ORDER TERMINATING SUPERVISED RELEASE
PRIOR TO EXPIRATION DATE**

---

**UNITED STATES DISTRICT COURT
FOR THE
EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **UNITED STATES OF AMERICA**  ) | |
| ) | |
| vs.   ) | **Docket Number: 2:00CR00444-04** |
| ) | |
| **Michael William GARCIA**   ) | |
| ) | |

On February 4, 2005, the above-named was placed on Supervised Release for a period of 48 months. He has complied with the rules and regulations of supervision. It is accordingly recommended that he be discharged from supervision.

                Respectfully submitted,

                /s/ Richard W. Elkins
                **RICHARD W. ELKINS**
                **Senior United States Probation Officer**

Dated:      February 28, 2008
              Elk Grove, California
              RWE/cj

**REVIEWED BY:**    /s/ Deborah A. Spencer
                      **DEBORAH A. SPENCER**
                      **Supervising United States Probation Officer**

**RE:   Michael William GARCIA**
**Docket Number:   2:00CR00444-04**
**ORDER TERMINATING SUPERVISED RELEASE**
**PRIOR TO EXPIRATION DATE**

## ORDER OF COURT

It is ordered that the supervised releasee be discharged from Supervised Release, and that the proceedings in the case be terminated.

| 03/25/2008 | /s/ D. Lowell Jensen |
|---|---|
| **Date** | **United States District Judge** |

RWE/cj

Attachment:   Recommendation

cc:   United States Attorney's Office